No. 502.  SHEEHAN ET AL. v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 5325.  MITCHELL v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 5380.  McLEAN v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 5417.  MEYER v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.  MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 340.  KIRK ET UX. v. COMMISSIONER OF INTERNAL REVENUE.  C. A. D. C. Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.  MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 343.  NEW YORK CITY HOUSING AUTHORITY ET AL, v. ESCALERA ET AL.  C. A. 2d Cir.  Motions of respondents Escalera et al. for leave to proceed in forma pauperis granted.  Certiorari denied.

No. 367.  LYKES BROS. STEAMSHIP CO., INC. v. HESS SHIPPING CORP. ET AL.  C. A. 5th Cir.  Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE STEWART are of the opinion that certiorari should be granted.